

Bureau of Criminal Investigations
Special Investigations Unit
Office: 740-845-2000

1560 OH 56 SW
London, Ohio 43140
www.OhioAttorneyGeneral.gov

# MEMORANDUM

September 26, 2022

Chief Pam Wagner
Ironton Police Department
301 South 3rd St.
Ironton, Ohio 45638

Dear Chief Wagner,

I am in receipt of and have reviewed the request for investigation your office submitted to the Ohio Attorney General's Bureau of Criminal Investigation (BCI). Consideration was given to the type and level of the alleged offense, available evidence, solvability factors and prosecution concerns and limitations. As we previously discussed during a telephone conversation, our assistance in this matter <u>cannot</u> be provided. Because every request for assistance is evaluated on a case-by-case basis, this denial will have no effect on any future requests received from your agency. You are encouraged to contact BCI if any future needs arise or additional information becomes available regarding the present request which you feel may alter our decision.

Thank you for considering the skills and expertise of BCI in helping you resolve this important matter. I appreciate your concerns in handling this matter in a way that promotes the public trust. Should you have any questions, please feel free to contact me directly at 614-633-5586.

Very respectfully yours,

SAS Kevin Barbeau
Special Agent Supervisor - Major Crimes, Special Investigations
Bureau of Criminal Investigation
Office of Ohio Attorney General Dave Yost
Cell number: 614-633-5586
Fax number: 866-331-0037
kevin.barbeau@ohioago.gov

Ironton 000736